**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7003**

---

GEORGE R. WERTZ, JR.,

Plaintiff - Appellant,

versus

LEE FOSTER, Sheriff; JERRY WRIGHT; TODD JOHN-
SON; DANNY GILLIAM; DAVID E. RUSHTON,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, District Judge. (CA-96-2858-4-22BE)

---

Submitted: November 17, 1998      Decided: December 15, 1998

---

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George R. Wertz, Jr., Appellant Pro Se. James Spencer Verner, III, Newberry, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Wertz, Jr., appeals the district court's orders granting summary judgment against him on his complaint filed under 42 U.S.C.A. §§ 1983, 1985(3), 1986 (West Supp. 1998). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wertz v. Foster</u>, No. CA-96-2858-4-22BE (D.S.C. June 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2